# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| SAMUEL KEITH SHEAFER and STEPHANIE LARIE SHEAFER,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INC. and EXPERIAN INFORMATION SOLUTIONS INC.,<br><br>　　　　　　　　　　　Defendant. | Case Number:  13-CV-02628 JWL/GLR |

## NOTICE OF SETTLEMENT

　　　Comes now Plaintiffs Samuel Keith Sheafer and Stephanie Larie Sheafer and Defendants Equifax Inc. and Experian Information Solutions Inc., by and through their undersigned counsel, and hereby notify the Court that the above-captioned lawsuit has been settled. Parties anticipate filing a Stipulation of Dismissal within 30 days.

Dated:  August 25, 2014

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By:  /s/ A.J. Stecklein
　　　　　　　　　　　　　　　　　　　　　　A.J. Stecklein #16330
　　　　　　　　　　　　　　　　　　　　　　Michael H. Rapp #25702
　　　　　　　　　　　　　　　　　　　　　　Consumer Legal Clinic LLC
　　　　　　　　　　　　　　　　　　　　　　748 Ann Avenue
　　　　　　　　　　　　　　　　　　　　　　Kansas City, Kansas 66101
　　　　　　　　　　　　　　　　　　　　　　Telephone:  913-371-0727
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  913-371-0147
　　　　　　　　　　　　　　　　　　　　　　Email:  AJ@KCconsumerlawyer.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　MR@KCconsumerlawyer.com
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

and

By: /s/ Guillermo G. Zorogastua
Guillermo G. Zorogastua  #23556
Polisnelli PC
900 West 48th Place, Suite 600
Kansas City, Missouri 64112
Telephone:  816-753-1000
Facsimile:  816-753-1536
Email:  GZorogastua@Polsinelli.com
Attorney for Equifax Inc.

By: /s/ Danne W. Webb
Danne W. Webb  #22312
Andrea S. McMurtry  #24746
Horn Aylward & Bandy LLC
2600 Grand Boulevard, Suite 1100
Kansas City, Missouri 64108
Telephone:  816-421-0700
Facsimile:  816-421-0899
Email: DWebb@hab-law.com
       AMcMurtry@hab-law.com

Mary M. Dyczek (admitted *pro hac vice*)
Jones Day
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone:  216-586-3939
Cellular:  440-463-1020
Facsimile:  216-579-0212
Email:  mdyczek@jonesday.com
Attorneys for Experian Information Solutions Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was filed on August 25, 2014, using the District Court's CM/ECF electronic filing system, which will send notice to all counsel of record.

/s/ A.J. Stecklein
A.J. Stecklein #16330