IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| SAMUEL KEITH SHEAFER and STEPHANIE LARIE SHEAFER,<br><br>                                                          Plaintiff,<br><br>vs.<br><br>EQUIFAX INC. and<br>EXPERIAN INFORMATION SOLUTIONS INC.,<br><br>                                                        Defendant. | Case Number:  13-CV-02628 JWL/GLR |

**STIPULATION OF DISMISSAL**

Plaintiffs and Defendants file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiffs are Samuel Keith Sheafer and Stephanie Larie Sheafer; Defendants are Equifax Inc. and Experian Information Solutions Inc.

2. On November 8, 2013, Plaintiffs filed a Petition against Defendant in the District Court of Johnson County, Kansas.

3. On December 12, 2013, Defendant Equifax Inc. removed the case to the United States District Court for the District of Kansas (Doc. 1).

4. On December 12, 2013, Defendant Equifax Inc. filed an Answer (Doc. 7); Defendant Experian Information Solutions Inc. filed an Answer (Doc. 12) January 13, 2014.

5. Plaintiffs now move to dismiss the suit.

6. Defendants agree to the dismissal.

7. This case is not a class action.

8. A receiver has not been appointed in this case.

9. This case is not governed by any federal statute that requires a court order for

dismissal of the case.

10. Plaintiffs have not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

11. This dismissal is with prejudice to refiling.

12. Each party is to bear its own fees and costs.

Respectfully submitted,

By: /s/ A.J. Stecklein
A.J. Stecklein #16330
Consumer Legal Clinic LLC
748 Ann Avenue
Kansas City, Kansas 66101
Telephone: 913-371-0727
Facsimile: 913-371-0147
Email: AJ@KCconsumerlawyer.com
Attorney for Plaintiff

and

By: /s/ Guillermo G. Zorogastua
Guillermo G. Zorogastua #23556
Polisnelli PC
900 West 48th Place, Suite 600
Kansas City, Missouri 64112
Telephone: 816-753-1000
Facsimile: 816-753-1536
Email: GZorogastua@Polsinelli.com
Attorney for Equifax Inc.

By: /s/ Danne W. Webb
Danne W. Webb #22312
Andrea S. McMurtry #24746
Horn Aylward & Bandy LLC
2600 Grand Boulevard, Suite 1100
Kansas City, Missouri 64108
Telephone: 816-421-0700
Facsimile: 816-421-0899
Email: DWebb@hab-law.com
          AMcMurtry@hab-law.com

Mary M. Dyczek (admitted *pro hac vice*)
Jones Day
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone:  216-586-3939
Cellular:  440-463-1020
Facsimile:  216-579-0212
Email:  mdyczek@jonesday.com
Attorneys for Experian Information Solutions Inc.